THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | CASE NO: **04-52410** |
| **MARK ANTHONY SPRAIN** | ) | |
| **RITA CAROL SPRAIN** | ) | MARILYN SHEA-STONUM |
| | ) | BANKRUPTCY JUDGE |
| Debtor(s) | ) | |
| | ) | TRANSMITTAL OF UNCLAIMED FUNDS |

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

Keith L. Rucinski, Standing Chapter 13 Trustee, reports the following:

1. In the above captioned case, the Trustee has made a distribution to the following creditor(s):

   **BARBERTON CITIZENS HOSPITAL**
   **Check No. 738444**
   **Claim #010**

   However, either the check has been returned to the Trustee or a stop payment has been issued by the Trustee due to creditor's failure to negotiate the check

2. The Chapter 13 Trustee is hereby enclosing a check in the amount of **$.36** payable to the Clerk of the United States Bankruptcy Court for deposit in the Court's depository account.

Date: **6/15/2010**

Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg. No. 0084477
One Cascade Plaza, Suite 2020
Akron, OH 44308
Phone: 330.762.6335
Fax: 330.762.7072
**krucinski@ch13akron.com**
**jferrise@ch13akron.com**

*ck # 752736*
*receipt # 81550*

CHAPTER 13
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent to:

| | |
|---|---|
| **MARK ANTHONY SPRAIN**<br>23735 NORMAN LANE<br>ELKMONT, AL 35620<br>(Via Regular Mail) | **RITA CAROL SPRAIN**<br>23735 NORMAN LANE<br>ELKMONT, AL 35620<br>(Via Regular Mail) |

**ANTHONY J COSTELLO** (via ECF)

**BARBERTON CITIZENS HOSPITAL**
155 E FIFTH ST NE
BARBERTON, OH 44203
(via Regular Mail)

Date of Service: **6/15/2010**   By: **JoAnn Romig**
Office of the Chapter 13 Trustee

**CHAPTER 13**
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com